UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 17-62(MLC) |
| v. : | |
| : | CONSENT ORDER MODIFYING |
| : | CONDITIONS OF RELEASE |
| CHRISTOPHER WALSH | |

RECEIVED
FEB 24 2017
AT 8:30
WILLIAM T. WALSH CLERK

This matter having been brought before the Court by the defendant for an order modifying the previously imposed condition of home incarceration so that he may attend a day program at Preferred Behavioral Health in Lakewood, New Jersey; and the program providing transportation as needed; and the Government and Pretrial Services having no objection; and for good shown;

IT IS ORDERED this 24th day of February, 2017 that the conditions of release be modified as follows:

1. Mr. Walsh is permitted to be absent from his residence to attend Preferred Behavioral Health's day program;

2. The third party custodian is not required to accompany Mr. Walsh to and from the Program when transported by Program representatives, nor accompany him while he is in attendance at the day program; and,

IT IS FURTHER ORDERED that all previously imposed conditions of release remain in effect.

_____
Mary L. Cooper
United States District Judge